UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| RALPH PATRICK COBB ) | CASE NUMBER A15-60265-WLH |
| VIRGINIA WALKER COBB ) | |
|    DEBTORS ) | |

## MOTION TO DISMISS

COMES NOW Nancy J. Whaley, Standing Chapter 13 Trustee, in the above styled case, and respectfully shows the Court as follows:

1.

Debtors filed a petition for relief under Chapter 13 of Title 11.

2.

Debtors have failed to tender all plan payments due in accordance with the confirmed plan. As of 5/2/2018 the Trustee received a total of $50,900.00. The Trustee's records indicate the amount delinquent is $5,100.00. A receipt history is attached and marked exhibit A.

Wherefore, the Trustee prays that this case be dismissed or in alternative that the Debtors propose a modification to meet the requirements of the confirmed plan that ensures that the plan is completed within the allowable time.

This the 4th day of May, 2018.

/s/_____
Ryan J. Williams
Attorney for the Chapter 13 Trustee
State Bar No. 940874
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201

## EXHIBIT "A"

CASE NO:   A15-60265-WLH                                                   05/02/2018
RALPH PATRICK COBB  AND
VIRGINIA WALKER COBB

### RECEIPT HISTORY OVER THE LAST 12 MONTHS

| DATE | TYPE | SOURCE | AMOUNT |
|---|---|---|---|
| March 01, 2018 | EPAYPR | 4710723000 | $1,600.00 |
| January 31, 2018 | EPAYPR | 4633088000 | $1,600.00 |
| November 01, 2017 | EPAYPR | 4406794000 | $1,600.00 |
| September 01, 2017 | EPAYPR | 4248502000 | $1,600.00 |
| July 31, 2017 | EPAYPR | 4166500000 | $1,600.00 |
| July 05, 2017 | EPAYPR | 4091774000 | $1,600.00 |
| May 31, 2017 | EPAYPR | 4003045000  - | $1,600.00 |
|  |  | **Receipt Total:** | **$11,200.00** |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| RALPH PATRICK COBB ) | CASE NUMBER A15-60265-WLH |
| VIRGINIA WALKER COBB ) | |
|    DEBTORS ) | |

### NOTICE OF HEARING ON MOTION TO DISMISS CASE

PLEASE TAKE NOTICE that the Chapter 13 Trustee has filed a Motion to Dismiss and related exhibits with the Court seeking an Order of Dismissal.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on **June 06, 2018** at **1:50 PM in Courtroom 1403, Richard Russell Building, 75 Ted Turner Drive, S.W., Atlanta, GA. 30303**.

Failure to appear at the hearing or failure to resolve the matter prior to the hearing may result in the dismissal of your case.  You should read this motion carefully and discuss it with your attorney, if you have one in your bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)  If you do not want the Court to grant the dismissal of your case, you and/or your attorney must attend the hearing unless you have settled the matter prior to the hearing.

This the 4th day of May, 2018.

/s/_____
  Ryan J. Williams
  Attorney for the Chapter 13 Trustee
  State Bar No. 940874
  303 Peachtree Center Avenue, NE
  Suite 120
  Atlanta, GA 30303
  678-992-1201

# CERTIFICATE OF SERVICE

Case No:  A15-60265-WLH

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Motion to Dismiss by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
RALPH PATRICK COBB
VIRGINIA WALKER COBB
3780 PACES FERRY WEST, SE
ATLANTA, GA  30339

**Attorney for the Debtor(s):**
RICKMAN & ASSOCIATES, PC
1755 NORTH BROWN RD
SUITE 200
LAWRENCEVILLE, GA  30043


This the 4th day of May, 2018.


/s/_____
    Ryan J. Williams
    Attorney for the Chapter 13 Trustee
    State Bar No. 940874
    303 Peachtree Center Avenue, NE
    Suite 120
    Atlanta, GA 30303
    678-992-1201